BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jglatt@bursor.com

*Attorneys for Plaintiff*

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
John W. Baumann (Bar No. 288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant eos Products, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER FAHEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EOS PRODUCTS, LLC,,<br><br>Defendant. | Case No. 3:26-cv-05570-VC<br><br>**JOINT STIPULATION TO EXTEND TIME PURSUANT TO L.R. 6-1(a)**<br><br>The Hon. Vince Chhabria<br><br>Trial Date:          None Set |

## JOINT STIPULATION

Pursuant to Local Rule 6-1(a), Plaintiff Jennifer Fahey ("Plaintiff"), and Defendant eos Products, LLC ("Defendant"), by and through their respective counsel of record, stipulate as follows:

WHEREAS, Plaintiff filed her Complaint on June 9, 2026 (ECF 1);

WHEREAS, Plaintiff served Defendant on June 26, 2026 (ECF 10);

WHEREAS, Defendant's deadline to respond to the Complaint is July 17, 2026 (Fed. R. Civ. P. 12(a)(1));

WHEREAS, this extension is requested for good cause, is not sought for purposes of delay, and will not prejudice any party and will not alter the date of any event or any deadline already fixed by the Court;

NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), the Parties stipulate, without the need for a Court order, that Defendant's deadline to answer or otherwise respond to the Complaint is extended to **August 17, 2026**.


DATED:  July 2, 2026

By:  _/s/ Joshua B. Glatt_
BURSOR & FISHER, P.A.
L. Timothy Fisher (State Bar No. 191626)
Joshua B. Glatt (State Bar No. 354064)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
jglatt@bursor.com

*Attorneys for Plaintiff*

Respectfully submitted,

By:  _/s/ John W. Baumann_
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Shon Morgan (Bar No. 187736)
shonmorgan@quinnemanuel.com
John W. Baumann (Bar No. 288881)
jackbaumann@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendant*


### **Attestation Pursuant to Civil Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in this filing's content and have authorized me to file this document.


Dated: July 2, 2026

_/s/ John W. Baumann_
John W. Baumann

JOINT STIPULATION TO EXTEND TIME PURSUANT TO L.R. 6-1(a)